AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| Hoang Minh Le, an individual <br><br> *Plaintiff(s)* <br><br> v. <br> NEW VALLEY, LLC, a limited liability company; and DOES 1 through 10, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 2:15-cv-8591 GHK (PLAx) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* New Valley, LLC
2444 Wilshire Blvd Ste 603
Santa Monica, CA 90403


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Pamela Tsao
2030 e. 4th Street, Suite 205
Santa Ana, Ca 92705


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*

Date: 11/4/15

B. Moss

*Signature of Clerk or Deputy Clerk*